1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2716
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   CASE NO. 13-MJ-00077 AC
                                   )
12              Plaintiff,          )
                                   )   [PROPOSED] ORDER GRANTING REQUEST TO
13       v.                         )   RE-SEAL AFFIDAVIT OF SPECIAL AGENT
                                   )   MICHAEL BARGE ATTACHED TO CRIMINAL
14  SILVERIO RAYMUNDO IZEHUATL-    )   COMPLAINT
    SARMIENTO,                      )
15                                  )
                                   )
16              Defendant.          )
                                   )
17

18       For good cause shown, and pursuant to Local Rules 140 and 141, the Court hereby GRANTS the

19  United States' request to re-seal the affidavit of Special Agent Michael Barge filed at docket number 1

20  in this case. A redacted version of that affidavit, submitted by the United States, will be filed in its

21  place.

22       Accordingly, IT IS HEREBY ORDERED that:

23       1.   The Affidavit In Support of Search Warrant, Criminal Complaint, and Arrest Warrant

24  executed by Special Agent Michael Barge, and filed at docket number 1 in this case shall be sealed.

25       2.   The Clerk of Court is directed to seal docket entry 1.

26       3.   The Clerk of Court is directed to file the Criminal Complaint and the redacted Affidavit

27  In Support of Search Warrant, Criminal Complaint, and Arrest Warrant executed by Special Agent

28  Michael Barge on the public docket.

                                            1

4. The Request to Seal submitted by the United States shall remain under seal.

IT IS SO ORDERED.

Dated: March 14, 2013

_____
ALLISON CLAIRE
United States Magistrate Judge